# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TLELIARE D. CUTNO | CHAPTER 13 |
| DEBTOR | CASE NO. 10-13190 |

## DEBTOR'S MOTION TO DISMISS CHAPTER 13 BANKRUPTCY

The Debtor pursuant to 11 U.S.C. Section 1307 (b), hereby elects to dismiss the above-captioned case. The Debtor would show unto the court the following:

1.

This case was filed on September 1, 2010 under Chapter 13 of the Bankruptcy Code.

2.

This case has not been previously been converted under Section 706 or 1112 of the Bankruptcy Code.

3.

The Debtor has an absolute right under 11 U.S.C. Section 1307 (b) to dismiss this Chapter 13 Case.

4.

The Debtor cannot afford to fund a Chapter 13 Plan and maintain basic living expenses.

WHEREFORE, the Debtor prays that this Chapter 13 bankruptcy case be dismissed and that the court grants such other relief as the court deems appropriate.

DATED this the 17TH day of September, 2010.

        Respectfully submitted,

        s/Randy G. McKee
        Randy G. McKee, Esq. (#24552)
        Haley & McKee, L.L.C.
        650 Poydras Street
        Suite 2615
        New Orleans, LA 70130
        Telephone:   504.525.6836
        Facsimile:    504.525.7289
        Email:        rmckee@haleymckee.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served via United States Mail or by Notice of Electronic Filing via the email address on file with the court's CM/ECF system a true and correct copy of the above Motion to Dismiss to the following:

        UNITED STATES TRUSTEE
        400 POYDRAS STREET
        SUITE 2110
        NEW ORLEANS, LA 70130

        S.J. BEAULIEU, JR.
        CHAPTER 13 TRUSTEE
        433 METAIRIE ROAD
        SUITE 307
        METAIRIE, LA 70005

        ALL CREDITORS AND PARTIES-IN-INTEREST

THIS the 17TH day of September, 2010.

        s/Randy G. McKee
        Randy G. McKee, Esq.