# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TLELIARE CUTNO | CHAPTER 13 |
| DEBTOR | CASE NO. 10-13190 |

## **AMENDED DEBTOR'S MOTION TO DISMISS CHAPTER 13 BANKRUPTCY**

The Debtor, pursuant to 11 U.S.C. Section 1307 (b), hereby elects to dismiss the above-captioned case. The Debtor would show unto the court the following:

1.

This case was filed on September 1, 2010 under Chapter 13 of the Bankruptcy Code.

2.

This case has not been previously converted under Section 706 or 1112 of the Bankruptcy Code.

3.

The Debtor has an absolute right under 11 U.S.C. Section 1307 (b) to dismiss this Chapter 13 Case.

4.

The Debtor cannot afford to fund a Chapter 13 Plan and maintain basic living expenses.

WHEREFORE, the Debtor prays that the this Chapter 13 bankruptcy case be dismissed and that the court grants such other relief as the court deems appropriate.

DATED this 22nd day of September, 2010.

Respectfully submitted,

s/Randy G. McKee_____
Randy G. McKee, Esq. (#24552**)**
Haley & McKee, L.L.C.
650 Poydras Street
Suite 2615
New Orleans, LA 70130
Telephone: 504.525.6836
Facsimile: 504.525.7289
Email: rmckee@haleymckee.com

# **CERTIFICATE OF SERVICE**

     I hereby certify that I have served via United States Mail or by Notice of Electronic Filing via email address on file with the court's CM/ECF system a true and correct copy of the above-captioned Motion to Dismiss to the following:

     UNITED STATES
     400 POYDRAS STREET
     SUITE 2110
     NEW ORLEANS, LA 70130
     Email: USTPRegion05.NR.ECF@usdoj.gov

     S.J. BEAULIEU, JR.
     CHAPTER 13 TRUSTEE
     433 METAIRIE ROAD
     SUITE 307
     METAIRIE, LA 70005
     Email: ecf@ch13no.com

     TLELIARE CUTNO
     717 HOOTER ROAD
     WESTWEGO, LA 70094

     CAPITAL ONE AUTO FINANCE
     P.O. BOX 829009
     DALLAS, TX 75382

     U.S. BANK
     17500 ROCKSIDE ROAD
     BEDFORD, OH 44146

THIS the 22nd day of September, 2010.

                                                s/Randy G. McKee_____
                                                Randy G. McKee, Esq.